AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-mj-00015 |
| Kenneth Bonawitz | ) Assigned To : Faruqui, Zia M. |
| DOB: XXXXXX | ) Assign. Date : 1/19/2023 |
| | ) Description: Complaint W/ Arrest Warrant |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) | (Assaulting, Resisting, or Impeding Certain Officers) |
| 18 U.S.C. § 231(a)(3) | (Civil Disorder) |
| 18 U.S.C. § 111(a)(1) and (b) | (Inflicting Bodily Injury on Certain Officers) |
| 18 U.S.C. § 1752(a)(1) and (b)(1)(A) | (Entering and Remaining in a Restricted Building or Grounds with a Deadly Weapon or Dangerous Instrument) |
| 18 U.S.C. § 1752(a)(2) and (b)(1)(A) | (Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly Weapon or Dangerous Instrument) |
| 18 U.S.C. § 1752(a)(4) and (b)(1)(A) | (Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly Weapon or Dangerous Instrument) |
| 40 U.S.C. § 5104(e)(2)(D) | (Disorderly Conduct in a Capitol Grounds or Buildings) |
| 40 U.S.C. § 5104(e)(2)(F) | (Act of Physical Violence in the Capitol Grounds or Buildings) |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 01/19/2023

_____
*Judge's signature*

City and state: Washington, D.C.          Zia M. Faruqui, U.S. Magistrate Judge
                                          *Printed name and title*