UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
| :--- | :--- | :--- |
| | : | |
| v. | : | |
| | : | Case Number 23-cr-55 (JMC) |
| KENNETH JAY BONAWITZ, | : | |
| | : | Detention Hearing: March 13, 2023 |
| Defendant. | : | |

## GOVERNMENT'S EXHIBIT LIST FOR DETENTION HEARING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits the below list of exhibits which will be proffered at the Detention Hearing scheduled in the above-captioned case.

| Exhibit | Type | Description |
| :--- | :--- | :--- |
| 1 | Video | Body Worn Camera of MPD Officer BS |
| 2 | Video | Body Worn Camera of MPD Officer SH |
| 3 | Video | Body Worn Camera of MPD Officer PN |
| 4 | Video | Body Worn Camera of MPD Officer EM |

Respectfully submitted,

DATED: March 10, 2023

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: /s/ Sean P. McCauley
Sean P. McCauley
New York Bar No. 5600523
Assistant United States Attorney
601 D Street NW
Washington, DC 20579
(202)252-1897
Sean.McCauley@usdoj.gov

1