### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** | \* |
| | \* |
| v. | \*   Case No. 23-cr-055-JMC |
| | \* |
| **KENNETH JAY BONAWITZ** | \* |
| | \* |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### <u>CONSENT TO DETENTION</u>

The Court has scheduled a detention hearing in this case for March 29, 2023 at 2:30 p.m. At this time, Mr. Bonawitz consents to detention, without prejudice to his right to request a detention hearing at a later date. The undersigned met with Mr. Bonawitz in-person on March 26, 2023 and discussed this matter with him today, March 28, 2023. Mr. Bonawitz consents to proceeding in this manner. Accordingly, the undersigned requests that the Court remove the detention hearing in this matter from the calendar.

Respectfully submitted,

/s/
_____
Michael E. Lawlor
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
(301) 474-0044
mlawlor@verizon.net

## CERTIFICATE OF SERVICE

I hereby certify that on this day, March 28, 2023, a copy of the foregoing was sent to all parties via ECF.

/s/
_____
Michael E. Lawlor