IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * |
| | *   Case No. 23-cr-055-JMC |
| KENNETH JAY BONAWITZ | * |
| Defendant. | * |

### UNOPPOSED MOTION TO EXTEND DEADLINE FOR FILING SENTENCING MEMORANDA

The Defendant, Kenneth Bonawitz, by and through counsel, Michael E. Lawlor, Adam C. Demetriou, and Brennan, McKenna & Lawlor, Chtd., respectfully submits this Unopposed Motion to Extend Deadline for Filing Sentencing Memoranda. In support of this Motion, counsel state as follows.

1.  On August 17, 2023, Mr. Bonawitz appeared before the Court and pled guilty to Counts One, Two, and Four of the Indictment filed against him. (Plea Agreement, ECF No. 25; Statement of Offense, ECF No. 26; Waiver of Trial by Jury, ECF No. 24.) Sentencing is currently scheduled for December 1, 2023 at 10:30 a.m. Sentencing memoranda are due to the Court by November 17, 2023. (8/17/2023 Minute Entry.) At this time, Mr. Bonawitz respectfully requests that this Court extend the deadline for the parties to file sentencing memoranda through November 21, 2023.

1

2. On October 26, 2023, the United States Probation Office filed the Draft Presentence Investigation Report in this case. (ECF No. 27.) On November 9, 2023, the Government filed objections to the Draft PSR. Counsel for Mr. Bonawitz require additional time to investigate the legal and factual basis for the Government's objections and to prepare the sentencing memorandum in this case. Additionally, on Thursday, November 16, 2023, counsel for Mr. Bonawitz are scheduled to appear for sentencing in a homicide case in the Circuit Court for Montgomery County. *See State v. David Dixon*, No. 138488C (Cir. Ct. Montgomery Cnty.). Given the demands of preparing for that proceeding, the undersigned counsel require additional time to prepare the sentencing memorandum in Mr. Bonawitz's case.

3. This Motion is unopposed. The undersigned counsel have conferred with Assistant United States Attorney Sean McCauley, who has indicated that the Government does not oppose the requested extension.

4. Accordingly, Mr. Bonawitz respectfully requests that this Honorable Court extend the deadline for the parties to file sentencing memoranda through November 21, 2023.

Respectfully submitted,

/s/

_____

Michael E. Lawlor
Adam C. Demetriou
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
301.474.0044
mlawlor@verizon.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 14, 2023, a copy of the foregoing was sent to the United States Attorney's Office for the District of Columbia, via ECF.

/s/

_____

Michael E. Lawlor