# Attachment B

Victim Impact Statement – MPD Detective E.M.



## Metropolitan Police Department

**Victim Impact Statement**
**Detective Erika Magnuson**

I joined the Metropolitan Police Department in September 2016. Four the next several years I was a patrol officer in the Seventh District and was also a member of CDU (Civil Disturbance Unit) 74, the Seventh District's Mountain bike platoon.

On January 6th, 2021, my shift began at 7:30 AM, several hours before Donald Trump began his speech. My platoon was assigned to the 1400 block of New York Ave NW. Our morning was uneventful, and was spent like most other CDU assignments; providing high-visibility and greeting the citizens as they walked past us on their way to the Ellipse. The shift took an abrupt turn around 1:00 PM, as our colleagues CDU platoons 54 and 64 were called to respond to the Capitol. We began to prepare ourselves, anticipating that the call for 74 would soon follow. CDU 74 was called upon next, and we made our way to the Capitol Grounds.

By the time my platoon had arrived at the Capitol, a massive crowd was already gathered on the west side of the Capitol building. We abandoned our mountain bikes, and made our way on foot around the crowd and to the police line that had already been established on the West Terrace. I then began to assist my fellow MPD officers and Capitol Police officers in holding that line. I spent the next hour or so moving up and down the police line, filling in the gaps that I could see when skirmishes broke out. It was in this time that I was pepper sprayed, had my ASP baton ripped out of my hand, had a pole bearing an American flag thrusted towards my face like it was a spear, and pepper sprayed again.

After what felt like an eternity, the line began to crumble. One by one, the waist high metal bicycle racks between us and the crowd were ripped away. It was during this time, approximately forty minutes after Commander Glover, MPD's incident commander on scene, had declared a riot, As the police line began to fall, rioters were able to get behind me and my colleagues and surround us. It was at this time that I was attacked from behind by Mr. Bonawitz. Mr. Bonawitz shoved me, wrapped his arms around me, and lifted me off the ground before I was able to break free from his grip. Soon after, an MPD official told me and those around me to retreat up a flight of stairs. From the top, we watched what was left of the police line disintegrated before our eyes.

My platoon commander then instructed us to enter the Capitol and assist the officers in the tunnel downstairs. The next several hours were spent rotating in and out of that tunnel, trying to keep the rioters from breaching that entry. Officers were packed like sardines in the tunnel, collectively pushing to keep the crowd back. After officers in the front of the tunnel were bear sprayed and had objects thrown at them, they would fall back and new officers would push forward in a cycle that felt never-ending. After getting bear sprayed in the tunnel, we would clean out our eyes with water before reentering the tunnel until back up from other MPD officers and numerous outside agencies arrived.

**Detective Erika Magnuson**

2

Throughout the day, several thoughts consumed my mind. I thought of my family; my mother, father, and sister, who all live 300 + miles away from DC watching the events unfold on TV and not knowing if I was okay until I was finally able to contact them well into the evening.

I also thought of the citizens of DC. How many calls for service went unanswered on that Wednesday afternoon? How many citizens called 911 for help and experienced prolonged response times due to the lack of officers on the street as most were called upon to respond to the Capitol?

It has been over seven years since I joined the Metropolitan Police Department. During this time, I have worked civil disturbance for numerous first amendments demonstrations in the city: from inaugurations, to protests, marches, rallies, and sports parades. None of these compare to the scale of what happened that day. It has been three years since the attack of the U.S. Capitol, a day that is still at the forefront of the minds of myself and many of my fellow officers, and is a day that I will remember for the rest of my career and life.

**Detective Erika Magnuson**