# Attachment C

Transcript of Bonawitz's Post-Plea Interview

**Flip the Switch w/ Jenn: Special Guest Kenneth Bonawitz "Coach"[1]**
*Posted on or about October 3, 2023*
*Deleted as of at least November 13, 2023*

0:00 – 11:01
JENN:  Hi everybody welcome back. Today I've got a great show. I have Kenneth Bonawitz on. He is better known as "Coach" around the C3A pod. His story is awesome. He is a wonderful man with a great family and he's sitting in the gulag. So, I am going to get him on and he can tell you about himself and what's going on with him and his case. I am really excited for you guys to hear about him. So, let's bring him on. Hello! Hello!

BONAWITZ: Hello. Hola señorita!

JENN:  Hola! Buenas dias.

BONAWITZ: Muy bien.

JENN:  Churros y chocolate. Me gusta jugar el vóleibol. I gotta start brushing up on this shit.

BONAWITZ: You don't' even know living in Miami.

JENN:  Remember I lived in California.

BONAWITZ: Oh yeah that's right. And now with our 27 million immigrants into our country.

JENN:  Yeah. It's a lot. It's a lot. I am happy to finally get you on here, Coach. It's awesome.

BONAWITZ: Yes. Me too. I am very excited.

JENN:  Alright, Coach, so let's get into it. I just want everybody to know a little bit about you. You've been kinda quiet since you've been in. I just want a little bit about your case. Let's just get a smidge of it out there. Because that's not who you are and that's not who I want people to know.

BONAWITZ: Basically, I went to January 6 as for protection for older people. That's why I was invited. I was in that mode. That's who I am, I am a protector. I protect people. It doesn't matter if you're a man, woman, or child. And it doesn't matter what color you are either or anything to that extent. If you're in trouble and if I sense that or I feel that, I snap into that position right away. I was on heightened alert all day long because of that's why I was there. I was there to make sure that people were being treated right and that no one from outside influences were going to be there to hurt people.

---

[1] The total interview is more than forty-two minutes long. *See* Gov. Ex. 8. This approximate transcript only covers the periods of time in which Bonawitz discussed relevant aspects of his conduct and the case against him.

JENN:  Well yeah, because you'd been seeing all the stuff from summer of love and the church burning down. Of course you would think—

BONAWITZ: Exactly. I was invited to go and I got a free trip and that's why I was invited to go, for protection. They said, "We've got some older people on the bus. We have to make sure they're safe. You know, would you like to come." Because back home I would do the rallies on the corners and the flag waving and all that stuff. I mean, I kinda stand out in the crowd.

JENN:  I don't get it. You're such a small, meek little man.

BONAWITZ: So, I was in that frame of mind the whole day. The funny thing is that now that I look back at it and I was triggered throughout the day. Early in the morning, there was a couple of guys there. One guy had a sign and it was derogatory towards Trump and everything like that and he was stirring up trouble and people were getting angry that he was there. It was him and another guy. The other guy was a bigger black guy. I mean, the guy was bigger than me. That guy wasn't saying anything but obviously they were there together. The other guy was a white guy. I can't remember exactly what the sign said but people were getting upset about it and everything like that. I was standing with a group of people and I looked at one guy and said "watch this." So, I walked over there and I had a few words. I took the sign away and tore it up. You should have seen the faces. They're like "oh, now what do we do." Come to find out, in my findings or my discovery, there's a picture of me interacting with that black guy.

JENN:  What?

BONAWITZ: So, right, I was in his face. But how in the hell is that picture come. That was early in the morning. That was like ten o'clock in the morning. Down by the monument. Where did that picture come from? So obviously, they had people in the crowd who were trying to aggravate people. That was one of the situations. They were trying to trigger people to get people in trouble or to get them riled up or to get them angry. I didn't notice that in the beginning but I just went back through my papers and I saw that picture and was like, "where in the hell did that picture come from? Oh, I know where that picture came from!" Then there was another incident after President Trump spoke there was another incident where we were talking down towards the Capitol and the older couple that I was with was in front of me. But unless you were there you wouldn't necessarily understand this was packed. There was a lot of people. At one point in time there was two younger middle eastern kids that was messing with a "Gays for Trump" supporter. They were in his face and pushing him around. I stepped in, you know, and did what I do and got them separated, chastised the two young men, and told them to get the hockey sticks out of there. The group that was with the gay man came up and hugged me. So, as I am going down the street, I am getting into situations that are getting my blood pressure raised, you might say. So, I am walking down further towards the Capitol and people are starting to yell from the top of the stairs that "they're shooting people—they shot a woman—someone shot dead—they're pushing people off the balconies" and you know you're hearing that and you're walking down and it's unbelievable to hear. You know, until you get down there—when I turned that corner and got in close enough to the Capitol to see what's going on, I was in disbelief. To see the brutality of the officers against unarmed protestors was amazing. I mean, it was—I couldn't believe it. Instead of trying to calm the situation down and lower the temperature, they were raising it by shooting rubber

bullets and shooting paintballs and gas balls at people and flash grenades. Like I said, unless you were there you have no idea what it, what the carnage looked like. It was pretty crazy. Don't get me wrong I feel for both sides, quite honestly, because now that you know more about it you find out that the Capitol Police Department was left out dry from Nancy Pelosi and Mitch McConnell and wasn't allowed support from the National Guard, I feel bad. I really do. That must have been a scary, scary situation. But they had no leadership. They didn't know what they were doing. They had no leadership, no training in this situation. Because they were making it worse by spraying people down with mace and throwing flash grenades and all that. They were just getting people angry. And quite honestly I got angry. And you know, I got into a little bit of a rugby match with a couple officers and…um…that was about all. I was less for less than two minutes. I was interactive for less than two minutes. I was at the Capitol probably for a total of probably five minutes for the time I walked up, did my two minutes of interacting with the police, and walked backed down because I had to go catch the bus. And they portray that I was trying to hurt people and stuff like that. Like I said, I know how to hurt people and stuff like that. I know how to hurt people. I'm a football coach for thirty plus years. I know how to hit people. I know how to tackle people. I know how to use my body and my weight. I bounced for years. I had to fight growing up. I had to fight growing up to survive with my brothers. If I'm going to interact with ya, I am going to hurt ya. And I was never there to do anything like that. I was never there to truly hurt. I had to put my two cents in. I had to—somehow or another—let them know that I wasn't happy with what I was seeing. You know? But they portray me that I am a vicious person or anything like that? Eh. No, I am not. Get me upset and I can be. But, uh, that's not my nature. My nature is to talk first and try and get the situation under control before violence. But if you push me to violence I will act. I never threw any punches. I never elbowed anybody or choked anybody. Or anything to that. That's all made up stuff. They can lie.

16:44 – 23:49
BONAWITZ: Time is being taken away from their lives. It's ridiculous. Over what? C'mon look at it? Over what?

JENN: Over...uh…well, it's hard for us to think that way because…

BONAWITZ: An insurrection? An unarmed insurrection? C'mon! People, please! This is bigger than Pearl Harbor? C'mon! Really? No one that was there that day—I would say 99.8% of the people that went there that day had any intention of what happened happening.

JENN: No. They didn't.

BONAWITZ: They were drove into it. They were directed. I fell right into it. Fell right into the trap. As I am sure that a bunch of other people did. Because they were aggravated and tired of being treated like dirt. It was a perfect set up.

JENN: Yeah. Yeah.

BONAWITZ: It was a perfect set-up. Again, like I say, the majority of people I feel the worst for—believe it or not—are the Capitol Police. Because they were used as pawns. They were put out as sacrificial lambs for this Pelosi and McConnell cause that they had. People—the Capitol

Police should be in arms and upset and outraged about what happened. Their lives were put in danger. It shouldn't have happened. You've got over a million people coming to the Capitol and you don't bring in the National Guard just in case?

JENN: And you put up bike racks? No fencing?

BONAWITZ: Bike racks! Bike racks! Please! Anyone could have seen this. This was a set up from the very beginning. And unfortunate people fell right into the trap. They walked right into it. Walked right into it. Did people care? Did people have some passion in their bones and some cojones in their pants? Unfortunately, you got involved. They had to at least show or say or do something to show their disapproval from what was going on that day. And I am not talking about the election. I am talking about how people are being treated.

JENN: And I know, Coach, that if I were there I would probably have been in jail right now, too. Because I would not have stood for it. I would have been right there with you guys.

BONAWITZ: People who were not there cannot judge one ounce because they have no idea of what was going on. They can look at it through the television but they're only looking at a thirty second clip of something here and there.

JENN: Right.

BONAWITZ: Right? The only thing that the TV is going to show is the worst of the patriots who were there. They're not going to show the better part where we're trying to protect police officers who had fallen and stuff like that.

JENN: They don't show that.

BONAWITZ: No. They'll never show that. And let me ask you this? To do me and make me leave where I was at, did they ask me nicely? "Sir, please get up and we'll escort you out of here and nothing will happen to ya?" No! They beat the living daylights out of me! Pepper sprayed me! And—please—I deserved everything I got. I shouldn't have been where I was at—plain and simple. But, I am just saying, people are looking at that from the crowd and seeing people getting beat by six police officers with batons. I had over 31 bruises to my body from batons and two strikes to my head. For what, being in the restricted area?

JENN: That was not made known that it was restricted.

BONAWITZ: No! There was no signs that said restricted. There was no speakers saying "you're in a restricted area." They didn't use the loud system like they should have, which could have calmed the situation down. They exacerbated the situation by firing on unarmed innocent people having a First Amendment right. Pepper sprayed and pepper balling them and rubber bullets and concussion grenades. Let one of those go off on your [inaudible]. It's not fun. Lose your hearing if they go off by your head.

JENN: And that was just two minutes that you were there?

BONAWITZ: Less than two minutes. Less than two minutes. I had to go back and catch the bus otherwise I would have been stranded there. Then when I get back to the bus, I have to deal with two BLM activists pushing on and intimidating the elderly people on my bus. To show you how much I can restrain myself, I could have beat the living daylights out of this kid. Pushing on and touching on people. All I did was lift him up, body slammed him to the ground, put my knees on his arms, and told him to stop. I could have annihilated this kid. Beat him to a pulp. But I didn't. I never threw a punch. I subdued him and stopped him from what he was doing. Made him wake and open his eyes that I am not going to allow—do it again and you will find out. He got up. The other person. The female who was with him. They backed off. So, I go through all that down there at the Capitol. I gotta deal with these two knuckleheads at the Capitol picking on old people.

JENN: And I guarantee you they're sitting in their cushy apartments eating popcorn and watching movies and shit like that. They're' just chillin'. Nothing happened to them.

BONAWITZ: Absolutely.